UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL BEHAYLO,

                Plaintiff,

vs.

THE TOP-FLITE GOLF COMPANY,

                Defendant.

CIVIL ACTION NO. 05-30178-MAP

**NOTICE OF APPEARANCE**

NOW COMES Skoler, Abbott & Presser, P.C., by Jay M. Presser, Esq., and herewith notices its appearance as counsel for Defendant, The Top-Flite Golf Company, in the above action.

Respectfully submitted,

Jay M. Presser, Esq.
BBO No. 405760
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel.: (413) 737-4753/Fax: (413) 787-1941

Dated:  August __, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Notice of Appearance* was served upon the attorney of record for each other party by first-class, U.S. mail, postage prepaid, on August __, 2005.

Jay M. Presser, Esq.