### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL BEHAYLO,<br><br>      Plaintiff,<br><br>vs.<br><br>THE TOP-FLITE GOLF COMPANY,<br><br>      Defendant. | CIVIL ACTION NO. 05-30178-MAP<br><br><br>**RULE 7.3 CERTIFICATE** |

NOW COMES Defendant, The Top-Flite Golf Company, and pursuant to Local Rule 7.3, hereby files this statement indicating that no publicly held company owns 10% or more of the stock of the corporate Defendant other than Callaway Golf Company, which wholly owns Defendant.

Respectfully submitted,

   /s/ Jay M. Presser, Esq.
Jay M. Presser, Esq.
BBO No. 405760
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Dated:  August 5, 2005      Tel.: (413) 737-4753/Fax: (413) 787-1941

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Rule 7.3 Certificate* was served upon the attorney of record for each other party electronically and by first-class, U.S. mail, postage prepaid, on August 5, 2005.

   /s/ Jay M. Presser, Esq.
Jay M. Presser, Esq.