Commonwealth of Massachusetts
HAMPDEN SUPERIOR COURT
Case Summary
Civil Docket

## HDCV2005-00677
### Behaylo v Top-Flite Golf Company

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 07/08/2005 | **Status** | Disposed: transferred to other court (dtrans) | | |
| **Status Date** | 08/03/2005 | **Session** | B - Civil B - CtRm 5 | | |
| **Origin** | 1 | **Case Type** | B22 - Employment Discrimination | | |
| **Lead Case** | | **Track** | F | | |

05 CV 30178-MAP

| | | | | | | |
|---|---|---|---|---|---|---|
| **Service** | 10/06/2005 | **Answer** | 12/05/2005 | **Rule12/19/20** | 12/05/2005 |
| **Rule 15** | 12/05/2005 | **Discovery** | 05/04/2006 | **Rule 56** | 06/03/2006 |
| **Final PTC** | 07/03/2006 | **Disposition** | 09/01/2006 | **Jury Trial** | Yes |

### PARTIES

**Plaintiff**
Michael Behaylo
Active 07/08/2005

**Private Counsel 069660**
Maurice M Cahillane
Egan Flanagan & Cohen
67 Market Street
PO Box 9035
Springfield, MA 01102-9035
Phone: 413-737-0260
Fax: 413-737-0121
Active 07/08/2005 Notify

**Defendant**
Top-Flite Golf Company
Served: 07/14/2005
Served (answr pending) 07/18/2005

**Private Counsel 405760**
Jay M Presser
Skoler Abbott & Presser PC
1 Monarch Place
Suite 2000
Springfield, MA 01144
Phone: 413-737-4753
Fax: 413-787-1941
Active 08/03/2005 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 07/08/2005 | 1.0 | Complaint & civil action cover sheet filed |
| 07/08/2005 | | Origin 1, Type B22, Track F. |
| 07/18/2005 | 2.0 | SERVICE RETURNED: Top-Flite Golf Company(Defendant). |
| 08/03/2005 | 3.0 | Petition for Removal -- Case REMOVED this date to US District Court of Massachusetts. |

### EVENTS



A TRUE COPY
OF THE DOCKET MINUTES:
IN WITNESS WHEREOF, I hereunto
set my hand, and have caused the seal
of the Superior Court for the County
of Hampden to be affixed on this
15th day of August, 2005

Karen Spindler
Deputy Assistant Clerk

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:
TORT — MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER

# COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, ss.

HAMPDEN COUNTY
SUPERIOR COURT
FILED
JUL 18 2005
*Marie G. Mazza*
CLERK-MAGISTRATE

SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT
CIVIL ACTION
NO. 05-677

MICHAEL BEHAYLO _____, PLAINTIFF(S)

V.                                                                SUMMONS

TOP-FLITE GOLF COMPANY _____, DEFENDANT(S)

To the above named defendant: Top-Flite Golf Company

You are hereby summoned and required to serve upon Maurice M. Cahillane, Esq., 67 Market St., Springfield, MA, plaintiff's attorney, whose address is _____, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Springfield either before service upon the plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Barbara J. Rouse, Esq., at Springfield the _____14th_____ day of _____July_____ in the year of our Lord two thousand five.

*Marie G. Mazza*
Clerk / Magistrate

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

NOTICE TO DEFENDANT -- You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's office.

A true copy:

Attest:

*Karen Spindles*
Deputy Assistant Clerk

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on ___7/14___, 2005, I served a copy of the within summons, together with a copy of the original complaint, in this action, upon the within named defendant, in the following manner (See Mass. R. Civ. P. 4 (d)(1-5):

Accepted For Service of Process

By: _____
Jay M. Presser, Esq.
For Top-Flite Golf Company

Dated: ___July 15___, 2005

N.B. TO PROCESS SERVER:
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON THE COPY SERVED ON DEFENDANT.

(                                    )
(                         , 2005 )
(                                    )

A true copy:

Attest: _____
Assistant Clerk

2005 JUL 18 A 11:27
CLERKS OFFICE
SUPERIOR COURT
HAMPDEN COUNTY

| CIVIL ACTION COVER SHEET | Docket No.(s) 05-677 | Trial Court of Massachusetts Superior Court Department |
|---|---|---|
| | | County: Hampden |

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| MICHAEL BEHAYLO | TOP-FLITE GOLF COMPANY |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE | ATTORNEY (if known) |
| Maurice M. Cahillane, Esq. | Jay M. Presser, Esq. |
| Egan, Flanagan and Cohen, P.C. | Skoler, Abbott & Presser |
| 67 Market Street | One Monarch Place |
| Springfield, MA 01103   Tel: 413-737-0260 | Springfield, MA 01144 |
| Board of Bar Overseers Number:   069660 | |

### Origin code and track Destination

Place an x in one box only:

☒ 1. F01 Original Complaint
☐ 2. F02 Removal to Sup.Ct. C.231, s.104 (Before trial) (F)
☐ 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
☐ 4. F04 District Court Appeal c.231, s. 97 & 104 (After trial)
☐ 5. F05 Reactivated after rescript; relief from judgment/Order
☐ 6. E10 Summary Process Appeal (X)

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B22 | Employment Discrimination | ( F ) | ( X ) Yes  ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this

### TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
  1. Total hospital expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $
  2. Total Doctor expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $
  3. Total chiropractic expenses . . . . . . . . . . . . . . . . . . . . . . . . . $
  4. Total physical therapy expenses . . . . . . . . . . . . . . . . . . . . . . $
  5. Total other expenses (describe) . . . . . . . . . . . . . . . . . . . . . . $
     Subtotal $
B. Documented lost wages and compensation to date . . . . . . . . . . . . . $
C. Documented property damages to date . . . . . . . . . . . . . . . . . . . . . $
D. Reasonably anticipated future medical and hospital expenses . . . . . . . $
E. Reasonably anticipated lost wages . . . . . . . . . . . . . . . . . . . . . . . . $
F. Other documented items of damages (describe) . . . . . . . . . . . . . . . $

G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

$
TOTAL $

HAMPDEN COUNTY
SUPERIOR COURT
FILED
JUL - 8 2005
CLERK-MAGISTRATE

### CONTRACT CLAIMS

Provide a detailed description of claim(s):

TOTAL $

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record  /s/ Maurice Cahillane    DATE: July 7, 2005

AOTC-6 mtc00
A.O.S.C. 1-

12074-050132\94062.wpd

A true copy:
Attest:
/s/ Karen Spindler
Deputy Assistant Clerk

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF THE TRIAL COURT

HAMPDEN, ss

Superior Court Division
Civil Action No.: 05-677

MICHAEL BEHAYLO,	)
     Plaintiff	)
     	)
vs.	)
     	)
TOP-FLITE GOLF COMPANY	)
     Defendants	)

HAMPDEN SUPERIOR COURT
FILED
JUL -8 2005
CLERK-MAGISTRATE

## COMPLAINT AND DEMAND FOR JURY TRIAL

1. The plaintiff, Michael Behaylo, is a natural person residing at 8 Westernview Road, Holyoke, Hampden County, Massachusetts.

2. The defendant, Top-Flite Golf Company, is a Delaware corporation with a principal place of business at 425 Meadow Street, Chicopee, Hampden County, Massachusetts.

3. The plaintiff was employed by the defendant, Top-Flite Golf Company, as a senior cost accountant for five years until his termination on April 15, 2004. The plaintiff was informed that he was being laid off as a result of a downsizing of the work force. He was 48 years old at the time. The plaintiff performed his job well and within his employer's expectations.

4. The plaintiff later discovered that he had been replaced by an individual in her 20's.

5. At the same time, the four oldest employees in plaintiff's department were also let go.

1

6. Subsequently, the CEO of Top-Flite, Robert Penicka, made a public statement to the effect that he had created a younger management team by design.

7. The plaintiff was terminated because of his age.

## COUNT I

8. The plaintiff repeats and re-alleges each and every allegation contained in paragraphs 1 through 7.

9. The defendant's actions violated 29 U.S.C., Section 626 (the Age Discrimination in Employment Act) by terminating the plaintiff because of his age. The actions of the defendant were intentional and willful.

WHEREFORE, the plaintiff prays that:

    a. That judgment be entered in his favor;

    b. That he be reinstated and awarded full compensatory damages;

    c. That he be awarded liquidated damages;

    d. That he be awarded attorneys fees, interest and costs.

    e. That the court grant such other relief as it deems just.

## COUNT II

10. The plaintiff repeats and re-alleges each and every allegation contained in paragraphs 1 through 9.

11. Defendants violated General Laws Chapter 151B, Section 4, by terminating the plaintiff because of his age. The actions of the defendant were intentional and willful.

WHEREFORE, the plaintiff prays that:

    a. That judgment be entered in his favor;

2

    b.    That he be reinstated and awarded full compensatory damages;

    c.    That he be awarded multiple damages;

    d.    That he be awarded attorneys fees, interest and costs.

    e.    That the court grant such other relief as it deems just.

**PLAINTIFF DEMANDS A TRIAL BY JURY.**

THE PLAINTIFF, MICHAEL BEHAYLO
BY HIS ATTORNEY

Dated: 7/8/05

Maurice M. Cahillane, Esq., BBO# 069660
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121

11638-040587\92665.wpd



A true copy:

Attest:

Deputy Assistant Clerk

3