*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

MICHAEL BEHAYLO,

                              Plaintiff,

vs.

THE TOP-FLITE GOLF COMPANY,

                              Defendant.

CIVIL ACTION NO. 05-30178-MAP

**JOINT MOTION TO CONDUCT
CONSOLIDATED SCHEDULING
CONFERENCES**

Four former employees, including the above named Plaintiff, have filed separate Complaints against Defendant Top-Flite Golf Company relating to their layoff.  In each case, the Plaintiff and Defendant are represented by the same counsel.  The case names and numbers are as follows:

1.    Michael Behaylo v. The Top-Flite Golf Company - CV#05-30178-MAP

2.    John Bettencourt v. The Top-Flite Golf Company - CV#05-30179-MAP

3.    Paul Duval v. The Top-Flite Golf Company - CV#05-30181-MAP

4.    Gary J. Lonczak v. The Top-Flite Golf Company - CV#05-30180-MAP

The court has scheduled Scheduling Conferences in the Bettencourt and Lonczak matters for September 20, 2005 at 11:00 a.m. and 11:30 a.m.  The court has scheduled a conference in the Duval matter for September 19, 2005 at 10:30 a.m.  No conference has, as yet, been scheduled for Behaylo.

The parties believe that the court would have adequate time on September 20, 2005, from 11:00 a.m. through noon to address any scheduling conference issues for all four matters.  Therefore, in the interests of efficiency, the parties jointly move that the

1

scheduling conferences for all four cases be conducted on September 20, 2005

beginning at 11:00 a.m.

The undersigned represents that Attorney Cahillane joins in this motion.

Respectfully submitted,


    /s/ Jay M. Presser, Esq.
Jay M. Presser, Esq.
BBO No. 405760
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts  01144
Dated:    August 29, 2005                    Tel.:  (413) 737-4753/Fax: (413) 787-1941

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the foregoing *Joint Motion to Conduct Consolidated Scheduling Conferences* was served upon the attorney of record for each other party electronically and by first-class, U.S. mail, postage prepaid, on August 29, 2005.

    /s/ Jay M. Presser, Esq.
Jay M. Presser, Esq.