UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL BEHAYLO, )
    Plaintiff )
)
vs. ) CIVIL ACTION NO.: 05-30178-MAP
)
THE TOP-FLITE GOLF COMPANY, )
    Defendant )

## PLAINTIFF'S RULE 16.1 CERTIFICATION

Counsel and the undersigned hereby certify that they have conferred in order to establish a budget for the cost of conducting the full course of this litigation and to consider the resolution of the litigation through the use alternative dispute resolution.

Dated: 9/15/05

_____
Maurice M. Cahillane, Esq., BBO# 069660
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121

Dated: 9/9/05

_____
Michael Behaylo

12074-050132\97243.wpd