UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL BEHAYLO, | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO.: 05-30178-MAP |
| | ) | |
| THE TOP-FLITE GOLF COMPANY, | ) | |
| Defendant | ) | |

## JOINT MOTION TO EXTEND DISCOVERY DEADLINE

Now come the parties and move that the period of time to complete discovery be extended to July 15, 2006, and as cause therefore states:

1.    The parties are still in the process of completing discovery. Because of the large volume of material and the number of depositions to be completed, especially considering that some individuals are not in the area, the parties need additional time to complete discovery. Discovery was scheduled to close on May 22, 2006.

2.    The parties further move that all other deadlines as set out in the prior Court order be extended by forty-five (45) days.

THE PLAINTIFF                          THE DEFENDANT


By: Maurice M. Cahillane / gr          Jay M Presser, /gr
His attorney                           Its attorney
Maurice M. Cahillane, Esq., BBO#069660 Jay M. Presser, Esq.; BBO No. 405760
Egan, Flanagan and Cohen, P.C.         Skoler, Abbott & Presser, P.C.
67 Market Street                       One Monarch Place, Suite 2000
Springfield, Massachusetts 01103       Springfield, Massachusetts 01144
Tel: 413-737-0260; Fax: 413-737-0121   Tel: 413-737-4753; Fax: 413-787-1941


Dated: May 24, 2006                    Dated: May 24, 2006


12074-050132\113979.wpd

1