UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL BEHAYLO, | ) | |
|     Plaintiff | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO.: 05-30178-MAP |
| | ) | |
| THE TOP-FLITE GOLF COMPANY, | ) | |
|     Defendant | ) | |

### JOINT MOTION TO EXTEND DISCOVERY DEADLINE

Now come the parties and move that the period of time to complete discovery be extended to August 15, 2006, and as cause therefore states:

1. Due to scheduling conflicts and vacation schedules, there are still several depositions remaining and are scheduled during the last week of July and the first two weeks of August.

2. The parties further move that the Case Management Conference currently scheduled for July 18, 2006 be continued until after August 15, 2006.

| THE PLAINTIFF | THE DEFENDANT |
|---|---|
| By: *[signature]* | *[signature]* |
| His attorney | Its attorney |
| Maurice M. Cahillane, Esq., BBO#069660 | Jay M. Presser, Esq., BBO No. 405760 |
| Egan, Flanagan and Cohen, P.C. | Skoler, Abbott & Presser, P.C. |
| 67 Market Street | One Monarch Place, Suite 2000 |
| Springfield, Massachusetts 01103 | Springfield, Massachusetts 01144 |
| Tel: 413-737-0260; Fax: 413-737-0121 | Tel: 413-737-4753; Fax: 413-787-1941 |
| Dated: 7/11/05 | Dated: 7/11/05 |

12074-050132\116752.wpd