Law Offices Of

# Egan, Flanagan and Cohen, P.C.

67 Market Street
P.O. Box 9035
Springfield, Massachusetts 01102-9035

Phone: (413) 737-0260 • Telefax: (413) 737-0121
Chicopee Office: (413) 594-2114 *by appointment only*
Web site: www.eganflanagan.com

John J. Egan
Theodore C. Brown
Edward J. McDonough, Jr.
Maurice M. Cahillane
Robert L. Quinn
Joseph A. Pacella*
Joseph M. Pacella
Kevin D. Withers
Paula C. Tredeau°
Richard J. Kos
Joan F. McDonough
Katherine A. Day□
Jennifer Midura D'Amour*

*Senior Counsel*
William C. Flanagan⁺
Mary E. Boland
Thomas J. Donoghue

*Of Counsel*
David G. Cohen

James F. Egan
(1896-1986)
Edward T. Collins
(1902-1995)
Charles S. Cohen
(1931-2004)

*Also admitted in CT
⁺Also admitted in DC
Also admitted in FL
°Also admitted in TX

September 12, 2006

Clerk Bethaney Healy
United States District Court
Western Division
Federal Building & Courthouse
1550 Main Street
Springfield, MA 01103

3:05 CV 30178-KPN

RE:    Michael Behaylo v. Top-Flite Golf Company
        Civil Action No.: 05-677

Dear Clerk Healy:

Please be advised that the parties will not be engaging in mediation in this action.

Very truly yours,

*Maurice Cahillane*

Maurice M. Cahillane

MMC:dbm
cc:    Jay M. Presser, Esq.
        Amy B. Royal, Esq.

12074-050132\120365.wpd