UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BEHAYLO,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>THE TOP-FLITE GOLF COMPANY,<br><br>　　　　　　　　Defendant. | CIVIL ACTION NO. 05-30178-KPN<br><br>**NOTICE OF FILING WITH CLERK'S OFFICE** |

　　　　Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

　　　　1.　　The materials in Support of Defendant's Rule 56(a)(1) in Support of Defendant's Motion for Summary Judgment and the Affidavit of Jay M. Presser, Esq. attesting to the authenticity of said materials.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　 /s/ Jay M. Presser, Esq.
　　　　　　　　　　　　　　　　　　　　Jay M. Presser, Esq.
　　　　　　　　　　　　　　　　　　　　BBO #405760
　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　Skoler, Abbott & Presser, P.C.
　　　　　　　　　　　　　　　　　　　　One Monarch Place, Suite 2000
　　　　　　　　　　　　　　　　　　　　Springfield, Massachusetts  01144
Dated:  November 30, 2006　　　　　　　Tel. (413) 737-4753/Fax (413) 787-1941

CERTIFICATE OF SERVICE

　　　　I hereby certify that a true and accurate copy of the foregoing *Notice of Filing With Clerk's Office* was served upon the attorney of record for each other party via electronic filing on November 30, 2006.

　　　　　　　　　　　　　　　　　　　　 /s/ Jay M. Presser, Esq.
　　　　　　　　　　　　　　　　　　　　Jay M. Presser, Esq.