UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL BEHAYLO, | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO.: 05-30178-MAP |
| | ) | |
| THE TOP-FLITE GOLF COMPANY, | ) | |
| Defendant | ) | |

PLAINTIFF'S ASSENTED TO MOTION TO EXTEND TIME TO FILE
OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Now comes the plaintiff and moves for an extension to file the Plaintiff's Opposition to Defendant's Motion for Summary Judgment, and as grounds therefore states:

1.  The Plaintiff's Opposition to Motion for Summary Judgement is presently due on January 12, 2007.

2.  Due to some unexpected commitments to other clients during this week, and the need to secure some additional affidavits from individuals, the Plaintiff does not believe he can have the entire opposition completed by January 12, 2007 and request that he be permitted until January 16, 2007 to file the opposition and that Defendant's reply time be extended to February 2, 2007.

THE PLAINTIFF

ASSENTED TO BY
THE DEFENDANT BY

By: ___/ S /___ Maurice M. Cahillane _____
His attorney
Maurice M. Cahillane, Esq., BBO#069660
Egan, Flanagan and Cohen, P.C.
67 Market Street
Springfield, Massachusetts 01103
Tel: 413-737-0260; Fax: 413-737-0121

/ S/___ Jay M. Presser _____
Its attorney
Jay M. Presser, Esq.; BBO No. 405760
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel: 413-737-4753; Fax: 413-787-1941

Dated: January 11, 2007 _____

11842-040948\127564.wpd

<u>CERTIFICATE OF SERVICE</u>

        I hereby certify that a copy of the foregoing document was served this 11th day of January, 2007, on all parties, by electronic delivery and First Class Mail, postage prepaid, to Jay M. Presser, Esq., Skoler, Abbott & Presser, 1 Monarch Place, Springfield, MA 01144


                          <u>  / S / Maurice M. Cahillane</u>
                          Maurice M. Cahillane


12084-050156\127569.wpd