UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL BEHAYLO,<br>Plaintiff | ) ) | |
| vs. | ) ) ) | CIVIL ACTION NO.: 05-30178-MAP |
| THE TOP-FLITE GOLF COMPANY,<br>Defendant | ) ) | |

**PLAINTIFF'S MOTION TO ALLOW MEMORANDUM IN EXCESS OF TWENTY PAGES**

The plaintiff, Michael Behaylo, pursuant to the Local Rules of the District Court of Massachusetts moves for permission to file a Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment that is in excess of twenty pages. The Statement and the Memorandum filed by the defendant The Top-Flite Golf Company seeks dismissal of the entire case and deals with a variety of issues raised by the Company and defendant's brief exceeds twenty pages.

Respectfully submitted,

/s/ Maurice M. Cahillane

Maurice M. Cahillane, Esq.
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121
BBO# 069660

Dated: January 16, 2007

12074-050132\127842.wpd