UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BEHAYLO,<br>    Plaintiff<br><br>vs.<br><br>THE TOP-FLITE GOLF COMPANY,<br>    Defendant | )<br>)<br>)<br>)   CIVIL ACTION NO.: 05-30178-MAP<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION TO CONSOLIDATE

    Now comes the Plaintiff and moves pursuant to Fed.R.Civ.P. 12(a) that the following cases:

    *Paul Duval v. The Top Flite Golf Company*, Civil Action No.: 05-30181

    *Michael Behaylo v. The Top Flite Golf Company*, Civil Action No.: 05 30178

    *Gary Lonczak v. The Top Flite Golf Company*, Civil Action No.: 05 30180 and

    *John Bettencourt v. The Top Flite Golf Company*, Civil Action No.: 05 30179

be consolidated for trial for the reasons stated in the attached memorandum.

                                                 THE PLAINTIFF, MICHAEL BEHAYLO
                                                 BY HIS ATTORNEY

Dated: December 31, 2007                       / S / Maurice M. Cahillane
                                                 Maurice M. Cahillane, Esq.
                                                 EGAN, FLANAGAN AND COHEN, P.C.
                                                 67 Market Street - Post Office Box 9035
                                                 Springfield, MA 01102
                                                 (413) 737-0260; Fax: (413) 737-0121
                                                 BBO# 069660

12074-050132\Document in ProLaw