UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BEHAYLO,                )<br>       Plaintiff            )<br>                        )<br>vs.                        )<br>                        )<br>CALLAWAY GOLF BALL -OPERATIONS, INC.,)<br>       Defendant       )  | CIVIL ACTION NO.: 05-30178-KPN |

**Consolidated With:**

| | |
|---|---|
| JOHN BETTENCOURT,            )<br>       Plaintiff            )<br>                        )<br>vs.                        )<br>                        )<br>CALLAWAY GOLF BALL OPERATIONS, INC., )<br>       Defendant       ) | CIVIL ACTION NO.: 05-30179 KPN |

## MOTION IN LIMINE TO EXCLUDE REFERENCES TO DEFECTIVE RELEASES

     Now come the plaintiffs and moves in limine that the defendant be prohibited from making reference during the trial to the release signed by the plaintiffs in 2004, except for any necessary reference to severance pay in terms of damages that was paid, and as reason therefore states:

     1.     Plaintiffs in this case signed a release around the time of their discharge which the defendant has agreed is defective under the Older Worker Benefit Protection Act. Because of this, the plaintiffs move that the defendant not be allowed to make any reference to the jury of the plaintiffs having signed a release of their age discrimination claims as the release itself is legally effective.

                                            THE PLAINTIFFS, MICHAEL BEHAYLO and
                                            JOHN BETTENCOURT
                                            BY THEIR ATTORNEY

Dated: February 21, 2008                  /S/ Maurice M. Cahillane
                                            Maurice M. Cahillane, Esq.
                                            EGAN, FLANAGAN AND COHEN, P.C.
                                            67 Market Street - Post Office Box 9035
                                            Springfield, MA 01102
                                            (413) 737-0260; Fax: (413) 737-0121
                                            BBO# 069660

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing document was served this 21st day of February, 2008, on all parties, by delivering in hand to Jay M. Presser, Esq., Skoler, Abbott & Presser, 1 Monarch Place, Springfield, MA 01144.

                                                          /S/ Maurice M. Cahillane
                                                          Maurice M. Cahillane, Esquire

12074-050132\Document in ProLaw