UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL BEHAYLO,<br>        Plaintiff | )<br>)<br>) |
| vs. | )  CIVIL ACTION NO.: 05-30178-KPN<br>) |
| CALLAWAY GOLF BALL OPERATIONS, INC.,<br>        Defendant | )<br>) |

**Consolidated With:**

| | |
|---|---|
| JOHN BETTENCOURT,<br>        Plaintiff | )<br>)<br>) |
| vs. | )  CIVIL ACTION NO.: 05-30179 KPN<br>) |
| CALLAWAY GOLF BALL OPERATIONS, INC.,<br>        Defendant | )<br>) |

**MOTION FOR EXTENSION OF TIME TO FILE
MOTIONS IN LIMINE AND OPPOSITIONS**

Now comes the plaintiff in the above matter and moves that he be allowed an extension of time to file oppositions to defendant's motions in limine and, as cause therefore, states:

1. On February 21, 2008, Plaintiff's two motions in limine which were denied as untimely.

2. On February 19, 2008, Defendant's attorney filed no less than 40 motions in limine for which plaintiff's counsel needs additional time to respond.

3. Counsel did not realize there was such a deadline for motions in limine. Counsel had not calendared the February 18th or 19th date as a date for filing Motions in Limine, or February 20th as the date for filing oppositions, since, at the time the Order was issued, counsel believed (obviously wrongly) that the Order was a general and preliminary Order because there had not yet been any determination as to how the cases would be tried, i.e., whether there would be four trials, three trials or two trials. Counsel therefore asks that his motions in limine be reconsidered.

4. Counsel also requests additional time, until February 26, 2008, to file oppositions to the defendant's motions in limine.

5.  Defendant's motions are extremely lengthy and quite out of the ordinary for motions in limine. Indeed the submission spans a few volumes of binders. Therefore, counsel requests the additional time until Tuesday, February 26, 2008 to oppose the defendant's motions in limine.

THE PLAINTIFF, MICHAEL BEHAYLO<br>
AND JOHN BETTENCOURT<br>
BY THEIR ATTORNEY

Dated: February 22, 2008

/S/ Maurice M. Cahillane
Maurice M. Cahillane, Esq.
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121
BBO# 069660

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served this 22nd day of February, 2008, on all parties, by electronic delivery to Jay M. Presser, Esq., Skoler, Abbott & Presser, 1 Monarch Place, Springfield, MA 01144.

/S/ Maurice M. Cahillane
Maurice M. Cahillane, Esquire

12074-050132\Document in ProLaw