UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL BEHAYLO and )
JOHN BETTENCOURT, )
        Plaintiffs )
         )
    v. )    Civil Action No. 05-30178-KPN
         )
CALLAWAY GOLF BALL )
OPERATIONS, INC., )
        Defendant )

## SETTLEMENT ORDER OF DISMISSAL
February 29, 2008

The court, having been advised on February 29, 2008, that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/ Bethaney A. Healy
Bethaney A. Healy
Deputy Clerk